UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ABRAHAM MENDIOLA-SANCHEZ,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 08-71522

Agency No. A096-543-546

ORDER

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

The government's petition for panel rehearing is granted.

The memorandum disposition filed on June 9, 2011, is withdrawn. A

replacement memorandum disposition is filed concurrently with this order.

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ABRAHAM MENDIOLA-SANCHEZ, | No. 08-71522 |
| Petitioner, | Agency No. A096-543-546 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2011[**]

Before:     PREGERSON, THOMAS, and PAEZ, Circuit Judges.

   Abraham Mendiola-Sanchez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeal's ("BIA") order dismissing his appeal

from an immigration judge's order pretermitting his application for cancellation of

removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review de novo

---

   [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

questions of law, *Gil v. Holder*, 651 F.3d 1000, 1002 (9th Cir. 2011), and we deny the petition for review.

The BIA did not err in determining that Mendiola-Sanchez may not impute his father's lawful permanent residence for purposes of meeting the requirements of 8 U.S.C. § 1229b(a)(1)-(2). *See Sawyers v. Holder*, — F.3d —, 2012 WL 2507513 (9th Cir. June 29, 2012) (per curiam).

**PETITION FOR REVIEW DENIED.**